**Elijah JACKSON, Movant-Appellant,**

v.

**STATE of Missouri,
Respondent-Respondent.**

No. 52244.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 21, 1987.

Motion for Rehearing and/or Transfer
Denied Sept. 2, 1987.

Application to Transfer Denied
Oct. 13, 1987.

**480**

Dave Hemingway, Asst. Public Defender, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Colly Frissell-Durley, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

### ORDER

**PER CURIAM.**

Movant appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).